# LAW OFFICES OF SCOTT E. LEEMON, P.C.
## TWO GRAND CENTRAL TOWER
## 140 East 45th Street, 18th Floor
## New York, New York 10017
(212) 696-9111-Phone--(800) 856-9712-Fax--www.leemonlaw.com –Web

June 27, 2011

<u>Via Email and ECF</u>
Edward Newman
Assistant United States Attorney
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:  <u>United States v Agnello, 00 CR 205 (NG)(RML)</u>

Dear Mr. Newman:

    In advance of Thursday's conference call with the Court, I write to request an accounting of what money the Government has received and what amount the Government is still claimed outstanding in connection with Mr. Agnello's restitution and forfeiture judgments.

    In addition, has the Government (Marshal) done anything with the machinery it seized several years ago?

    Thank you.

                                                Very truly yours,

                                               /s/

                                             Scott E. Leemon