```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,              SATISFACTION OF JUDGMENT

        -against-                      Criminal Docket
                                       No. CR-00-0205
                                       (Gershon, J.)
CARMINE AGNELLO,
                  Defendant.

- - - - - - - - - - - - - - - -X
```

WHEREAS, a judgment of restitution was imposed against the defendant and in favor of the United States of America, in the amount of $1,893,005.10, that is a restitution in the amount of $1,108,200.00, plus interest, and a special assessment in the amount of $200.00, on the 26TH day of October 2001, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on October 31, 2001; and

WHEREAS, said judgment has been fully paid as to the defendant CARMINE AGNELLO;

2

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same as to the defendant CARMINE AGNELLO.

Dated:  Brooklyn, New York
        March 22, 2012

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York
                              271 Cadman Plaza East, 8th Fl.
                              Brooklyn, New York 11201

By: *s/Beth P. Schwartz*
     BETH P. SCHWARTZ
     Assistant U.S. Attorney
     (718)254-6017